The Honorable Theresa L. Fricke

```
_____ FILED _____ LODGED
       _____ RECEIVED
```

Apr 10 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYANT KEITH MCCULLOUGH,<br><br>Defendant. | NO. MJ23-5134<br><br>COMPLAINT FOR VIOLATIONS:<br>18 U.S.C. § 2251(a), (e) |

BEFORE, the Honorable Theresa L. Fricke, United States Magistrate Judge, U.S. Courthouse, Tacoma, Washington.

## COUNT 1
**(Production of Child Pornography)**

Between in or about 2021 and in or about 2023, in Pierce County, within the Western District of Washington, and elsewhere, BRYANT KEITH MCCULLOUGH, employed, used, persuaded, induced, enticed, and coerced a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and transmitting any live visual depiction of such conduct, and attempted to do so, knowing and having reason to know that such visual depiction would be transported and transmitted using any means or facility of interstate and foreign commerce, such visual depiction was transported and transmitted using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and such visual

COMPLAINT/*United States v. McCullough* - 1
USAO# 2023R00387

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a), (e).

And the complainant states that this Complaint is based on the following information:

I, Special Agent Isabelle Ghini, being duly sworn under oath, depose and say:

**INTRODUCTION**

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since June 2021. I am currently assigned to the Seattle Division's Tacoma Resident Agency. As an FBI Special Agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, and material involving the sexual exploitation of minors in violation of 18 U.S.C. §§ 2251, 2252, 2252A, 2422, and 2426. I have received specialized training from the FBI Academy consisting of legal classes, investigative techniques, evidence preservation and collection, financial related crimes, and other law enforcement training classes. Through my training and experience, I have developed an understanding of common habits and practices used by those engaged in criminal acts against children.

2. I am familiar with and have participated in a variety of investigative techniques including but not limited to surveillance, interviewing of witnesses/suspects, and the execution of search and seizure warrants that involved child exploitation and/or child pornography offenses, and the search and seizure of computers and other digital devices.

3. The facts set forth in this Complaint are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my

COMPLAINT/*United States v. McCullough* - 2
USAO# 2023R00387

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

training and experience.  I have not set forth all facts known to me as a result of this investigation but only those facts I believe necessary to establish probable cause to conclude that BRYANT KEITH MCCULLOUGH., committed the offense(s) charged in this Complaint.

## SUMMARY OF THE INVESTIGATION

4. In or about February 2023, Tacoma Police Department (TPD) received information from a private citizen who was concerned about an image shared in a group chat comprising parents from the Pierce County, Washington, motocross community. The image (described below) was sent among parents within the motocross community because it appeared to have initially been sent by a youth motocross coach/sponsor, BRYANT KEITH MCCULLOUGH, to a juvenile motocross racer sponsored by MCCULLOUGH.

5. Task Force Officer (TFO) Jimmy Welsh contacted the juvenile (M1) recipient of this photo from MCCULLOUGH. M1, currently 15 years old, explained that he met MCCULLOUGH through the motocross community. M1 said he and MCCULLOUGH communicated regularly through the social media/photo sharing platform, Snapchat.  Approximately one year ago, MCCULLOUGH sent M1 a photo of his face with the following text written over the image:

> *"I'm gonna suck your dick and then when your* [sic] *the most hard I'm gonna finish you off inside me. Then I'm gonna bend you over and finger your butt until your* [sic] *nice and lose* [sic] *and then I'm gonna stick my big dick up your ass until you can't take anymo* [sic]*."*

6. M1 took a screenshot of this photo. And because Snapchat notifies a user when an image or video they have shared is screenshotted/screen recorded by the recipient, , MCCULLOUGH sent M1 another photo of his face accompanied by the following text:

COMPLAINT/*United States v. McCullough* - 3
USAO# 2023R00387

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

      *"Did u take a ss[1] of that shit or sum"*

    7.    TFO Welsh was then contacted by another private citizen regarding her now 13-year-old son, M2. TFO Welsh spoke with M2, who told him that one night within the last six months, while staying the night at MCCULLOUGH's apartment in Pierce County, M2 awoke to MCCULLOUGH touching his penis. In a subsequent child forensic interview, M2 confirmed that approximately 6-7 months ago while he was 12 years old, he stayed the night at MCCULLOUGH's residence for a motocross race weekend. M2 stated that at around 1AM he woke as he noticed his pants were being pulled down. His shorts were pulled down to approximately his mid-thigh. M2 said he then felt MCCULLOUGH's "hands on [his] dick." He said MCCULLOUGH picked up M2's penis and was "rubbing his hands all over it." M2 quickly sat up, and MCCULLOUGH then let go of M2's penis and walked away.

    8.    Review of investigative databases revealed a prior police report concerning allegations that MCCULLOUGH received and distributed a video of a then 14-year-old motocross racer, M3, having sexual intercourse with a minor female. The minor female reported that after receiving the video from M3, MCCULLOUGH shared the video through a group Snapchat with several others. M3, now 15 years old, confirmed to law enforcement that approximately one year ago he sent MCCULLOUGH, whom he knew through his motocross activities, a Snapchat video of himself having sexual intercourse with a then 16-year-old female. M3 reported that Snapchat notified him that MCCULLOUGH downloaded the video.

    9.    On March 10, 2023, law enforcement executed a search warrant at MCCULLOUGH's Pierce County apartment where he lived alone. During the search, police seized several digital devices used by MCCULLOUGH including a GoPro camera, laptop, multiple digital media storage devices, a cellphone, and film cameras. Forensic review of these devices is ongoing. The devices seized by law enforcement were found

---

[1] The term "ss" is commonly used shorthand to refer to "screenshot." M1 provided both photos to TFO Welsh.

COMPLAINT/*United States v. McCullough* - 4
USAO# 2023R00387

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

in the living room/office area of his apartment and in his bedroom. Multiple firearms were present in MCCULLOUGH's apartment, however, police did not seize them as they appeared to be lawfully possessed.

10. A forensic preview of MCCULLOUGH's GoPro revealed numerous sexually explicit images videos of young males. Several of the videos show the camera being used to film a cellphone on which the user opened and viewed images and videos sent through the Snapchat application. Among these were the following:

> Video 1 (2/17/21 at 9:56 AM): The video shows a Snapchat video being played on a cellphone. The recording is approximately 34 seconds long. The cellphone being filmed appears to be sitting on a desk for the entire video. Part of a computer keyboard is visible next to the phone. There is a blue ID badge next to the keyboard with a photo of MCCULLOUGH and the name "Bryant McCullough" underneath the photo. The Snapchat video playing on the cellphone shows a white male laying on his back while masturbating. The video continues until the male ejaculates. While the Snapchat video is playing, an email notification comes across the cellphone screen. The user accidentally opens the email while trying to clear the notification. The email opens and is addressed to "Bryant." The user exits the email application and reopens Snapchat. Upon reopening the Snapchat application, the front facing camera was activated. MCCULLOUGH can clearly be seen looking down at the cellphone and re-opening his Snapchat messages.

> Video 2 (7/4/21 9:32 PM): The recording is focused on a cellphone displaying a chat thread between the Snapchat user and M4. Based on the date stamp of the recordings, M4 was approximately 14 years old at the time. In the captured chat thread, M4 provides an email and password both of which include M4's name. The Snapchat user then sends the following message: *"setup your phone and jerk on camera mostly the hardest part and your cumshot. Butt content start a vid bend over on your bed and open your cheeks – then make another in doggy style with plenty of light and that's it – that's specific."* Numerous photos and videos are then sent in the chat thread by M4. In subsequent videos, the recipient appears to capture these photos and videos with the GoPro as they are opened from the Snapchat chat thread on a cellphone.

11. The following 8 videos recorded with the GoPro on July 4, 2021, captured images and videos sent by M4 (currently age 16). In an interview, M4 confirmed to investigators that he sent over 50 sexually explicit images and videos to MCCULLOUGH at MCCULLOUGH's request and with the promise that MCCULLOUGH would provide

COMPLAINT/*United States v. McCullough* - 5
USAO# 2023R00387

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

him with money, motorcycle parts, clothing, alcohol, marijuana, and/or assistance/preferential treatment regarding M4's motocross activity. M4 identified his username on Snapchat and confirmed the below described interaction occurred between himself and MCCULLOUGH:

**9:32 PM:** Captures a photo of white male wearing white underwear, showing only male's upper thigh and buttocks.

**9:32 PM:** Captures photo of white male wearing white underwear using his hand to hold his exposed and erect penis.

**9:33 PM:** Captures video of white male wearing white underwear pulling his penis out of the underwear and briefly rubbing it.

**9:33 PM:** Captures photo of white male wearing white underwear bent over on his hands and knees. The camera is behind the male focused on his upper thighs and buttocks. The male's face is not visible. The male's penis is exposed.

**9:34 PM:** Captures photo of white male kneeling on bed wearing white underwear holding his exposed penis

**9:34 PM:** Captures video of white male in same position as previous photo on the same bed, masturbating. The male's face is visible during the video, and he has been positively identified as M4.

**9:34 PM:** Captures video of white male in same position as previous video and appears to be a continuation of the previous video showing the male masturbating. The male's face is visible during the video, and he has been positively identified as M4.

**9:34 PM:** Captures video of white male in same position as previous video and appears to be a continuation of the previous video showing the male masturbating. The male's face is visible during the video, and he has been positively identified as M4.

12. Investigators also obtained a video shared by MCCULLOUGH in a Snapchat group chat comprising juvenile members of the motocross team – including juveniles from whom he had requested and received sexually explicit images/videos. In the video, MCCULLOUGH appears to be filming himself holding a handgun up to the

COMPLAINT/*United States v. McCullough* - 6
USAO# 2023R00387

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

camera. The handgun's slide is locked open. While looking at the camera, MCCULLOUGH says, "So there's actually a fucking n****r in the fucking group chat who will blast your ass." MCCULLOUGH points the muzzle of the handgun to the camera, drops the slide, then states, "Let's go, bitch." After the video concludes, a photo of MCCULLOUGH is shown in which he is holding one handgun in each hand and pointing them both at the camera. The date and context in which the photo and video were shared in the Snapchat group chat has not yet been determined by investigators.

## CONCLUSION

13. Based on the above facts, I respectfully submit that there is probable cause to believe that BRYANT KEITH MCCULLOUGH committed the offense(s) charged in this Complaint.

_Isabelle [signature]_
Isabelle J Ghini, Affiant
Special Agent, FBI

The above-name agent provided a sworn statement attesting to the truth of the foregoing to me this 10th day of April, 2023.

_Theresa L. Fricke [signature]_
THERESA L. FRICKE
United States Magistrate Judge

COMPLAINT/*United States v. McCullough* - 7
USAO# 2023R00387

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970